1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JONATHAN DEWITT MCDOWELL,                    No.  1:20-cv-01036-DAD-SKO (PC)

12                      Plaintiff,

13         v.                                     ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS AND DISMISSING
14   KERN VALLEY STATE PRISON, et al.,            CERTAIN CLAIMS AND DEFENDANT

15                      Defendants.               (Doc. No. 13)

16

17

18         Plaintiff Jonathan Dewitt McDowell is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

20   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On February 12, 2021, the assigned magistrate judge screened plaintiff's complaint and

22   found that plaintiff had stated a cognizable claim against defendant Johnson for failure to

23   intercede and cognizable claims against defendants Atkinson, Furlong, Leora, Harman,

24   Hernandez, and Johnson in their individual capacities for use of excessive force in violation of the

25   Eighth Amendment of the U.S. Constitution, but that plaintiff had failed to state any other

26   cognizable claims.  (Doc. No. 11.)  In particular, the magistrate judge found that plaintiff had

27   improperly named Kern Valley State Prison as a defendant in this action because as a state

28   agency, it is immune from suit in federal court and is not a "person" within the meaning of 42

                                                  1

1    U.S.C. § 1983.  (*Id.* at 9.)  Plaintiff was granted leave to file an amended complaint or to notify

2    the court of his willingness to proceed only on the claims found to be cognizable in the screening

3    order within twenty-one (21) days after service of that order.  (*Id*. at 9–10.)  Plaintiff did not file

4    an amended complaint or otherwise respond to the screening order.

5         Accordingly, on March 18, 2021, the magistrate judge issued findings and

6    recommendations recommending that:  (1) defendant Kern Valley State Prison be dismissed from

7    this action due to plaintiff's failure to state a cognizable claim against it; and (2) this action

8    proceed only on the claims found to be cognizable in the screening order—specifically, plaintiff's

9    claim against defendant Johnson for failure to intercede and plaintiff's claims against defendants

10   Atkinson, Furlong, Leora, Harman, Hernandez, and Johnson in their individual capacities for use

11   of excessive force.  (Doc. No. 13.)  The findings and recommendations were served on plaintiff

12   and contained notice that any objections thereto were to be filed within fourteen (14) days after

13   service.  (*Id*. at 2.)  On April 12, 2021, plaintiff timely filed objections to the pending findings and

14   recommendations.  (Doc. No. 14.)

15        In his objections, plaintiff objects only to the recommendation that defendant Kern Valley

16   State Prison be dismissed from this action and asks the court to "find defendant Kern Valley State

17   Prison at fault on the claims against them" and that "Kern Valley State Prison is just as much at

18   fault as every other defendant if not more."  (*Id.*)  But plaintiff does not dispute the magistrate

19   judge's analysis and conclusion that as a state agency or subdivision thereof, Kern Valley State

20   Prison cannot be sued as a defendant in plaintiff's § 1983 action.  Thus, plaintiff's objections

21   provide no basis upon which to reject the pending findings and recommendations.

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

23   *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's

24   objections, the court concludes that the findings and recommendations are supported by the

25   record and proper analysis.

26        Accordingly,

27        1.    The findings and recommendations issued on March 18, 2021 (Doc. No. 13) are

28             adopted in full;

2

2.   This action shall proceed on plaintiff's claim against defendant Johnson for failure to intercede and plaintiff's claims against defendants Atkinson, Furlong, Leora, Harman, Hernandez, and Johnson in their individual capacities for use of excessive force in violation of the Eighth Amendment of the U.S. Constitution;

3.   All other claims and named defendants are dismissed; and

4.   This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 19, 2021**

_____
UNITED STATES DISTRICT JUDGE