UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEWITT MCDOWELL,<br><br>         Plaintiff,<br><br>    v.<br><br>ATKINSON, et al.,<br><br>         Defendants. | Case No. 1:20-cv-01036-DAD-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT AS MOOT**<br><br>(Doc. 44) |

Plaintiff moves for leave to amend the complaint to add two new defendants: Nurse J. Cudal and Correctional Officer Welch. (Doc. 44) The Court, however, already granted Plaintiff leave to amend to add these defendants on November 29, 2021. (Doc. 43.) Accordingly, the Court DENIES Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated:   **January 18, 2022**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE