UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEWITT MCDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>LEORA, et al.,<br><br>Defendants. | No. 1:20-cv-01036-DAD-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 54) |

Plaintiff Jonathan Dewitt McDowell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2022, the assigned magistrate judge screened plaintiff's second amended complaint and concluded that plaintiff stated a cognizable excessive force claim against defendant Welch and a cognizable deliberate indifference to serious medical needs claim against defendant Cudal. (Doc. No. 52.) On June 14, 2022, the assigned magistrate judge issued findings and recommendations, recommending the dismissal of plaintiff's remaining claims against defendants Cudal and Welch. (Doc. No. 54.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections have been filed with the court and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 14, 2022 (Doc. No. 54) are adopted;
2. Plaintiff's claims against defendants Cudal and Welch are dismissed except for plaintiff's excessive use of force claim brought against defendant Welch and plaintiff's deliberate indifference to serious medical needs claim brought against defendant Cudal; and
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 7, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE